**25 So.2d 855**

**JACKS COAL & TRANSFER CO., Inc., v. Lewis W. MILLS.**

**6 Div. 442.**

Supreme Court of Alabama.

March 18, 1946.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

Boutwell, Pointer & Hawkins, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

**23 So.2d 881**

**Glenn JIMMERSON v. STATE.**

**4 Div. 390.**

Supreme Court of Alabama.

Dec. 1, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

**23 So.2d 142**

**Erwin JONES, pro ami. v. BALLARD & BALLARD CO.**

**6 Div. 287.**

Supreme Court of Alabama.

June 7, 1945.

Hugh A. Locke and Wade H. Morton, both of Birmingham, for appellant.

Bradley, Baldwin, All & White, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

**23 So.2d 142**

**Norma JONES, pro ami. v. BALLARD & BALLARD CO.**

**6 Div. 288.**

Supreme Court of Alabama.

June 7, 1945.

Hugh A. Locke and Wade H. Morton, both of Birmingham, for appellant.

Bradley, Baldwin, All & White, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

**23 So.2d 881**

**Ex parte N. KRASNER et al.**

**6 Div. 409.**

Supreme Court of Alabama.

Oct. 17, 1945.

N. Krasner, et al. pro se.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and BROWN, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.